FILED
CLERK, U.S. DISTRICT COURT
OCT 21 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARTIN CARRILLO-CASTANEDA<br><br>    Defendant. | Case No.: CR 10-138-ODW<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central Dist., CA</u> for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>alleged possession/use of fake ID; alleged violation of Fed. law while on SR; no verified background info or known bail resources</u>

```
                                                                    
                                                                    
                                                                    
        and/or
B.      ( )  The defendant has not met his/her burden of establishing by
        clear and convincing evidence that he/she is not likely to pose
        a danger to the safety of any other person or the community if
        released under 18 U.S.C. § 3142(b) or (c).  This finding is based
        on:_____
        _____
        _____
        _____
```

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated:    10/21/13

_____
UNITES STATES MAGISTRATE JUDGE